Form a0ncloth
(Rev. 10/13)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  James J. Engle
       Carolyn A. Engle
           Debtor(s)
SSN/TAX ID:
       xxx−xx−5277
       xxx−xx−2598

Case No.: 2:12−bk−50109

Chapter:  13

Judge:   Charles M Caldwell

---

**Notice to Debtor of Status of Case**

The above captioned case is deficient as follows:

☐ Pending Motion(s) / Application(s):

☑ Other: Debtors' certification regarding issuance of discharge order.

Please correct any deficiency within twenty−one (21) days from the date of this notice; otherwise this case may proceed to closing and/or may not be discharged.

Dated: May 18, 2015

                                              FOR THE COURT:
                                              Kenneth Jordan
                                              Clerk, U.S. Bankruptcy Court